# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re MAI YANG,** | **1:16-mc-0028 LJO** |
| **Defendant.** | **ORDER RE CONTEMPT** |

On April 2, 2016, Defendant was found in direct contempt of Court and fined $250.00 pursuant to 18 U.S.C. § 201 and Fed. R. Crim. P. 42. The Court made the requisite findings in open court on the record, and incorporates that record herein by reference. In accordance with the Court's oral order, Defendant is directed to pay the fine on or before June 15, 2016 or appear in Court on June 20, 2016.

IT IS SO ORDERED.

Dated:   **May 4, 2016**                         /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE

1